AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| DK SOLUTIONS, LTD., a Delaware corporation, and DAVID G. KENT, an individual<br><br>*Plaintiff(s)*<br>v.<br>PECI FLOTATION, LLC, a Virginia corporation, and FIRST SPEAR, LLC, a Missouri corporation<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:16 CV 773 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FIRST SPEAR, LLC
2015 Corporate 44 Drive, Fenton, MO 63029
c/o
CT Corporation System
120 South Central Ave., Clayton, MO 63105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Brian C. Riopelle
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

FILE COPY

Date: 09/16/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| DK SOLUTIONS, LTD., a Delaware corporation, and DAVID G. KENT, an individual <br><br> *Plaintiff(s)* <br> v. <br> PECI FLOTATION, LLC, a Virginia corporation, and FIRST SPEAR, LLC, a Missouri corporation <br><br> *Defendant(s)* | Civil Action No. 3:16cv773 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PECI FLOTATION, LLC
817 Virginia Beach Blvd., Suite 101, Virginia Beach, VA 23451
c/o
Ronald Christopher
817 Virginia Beach Blvd., Suite 101, Virginia Beach, VA 23451

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Brian C. Riopelle
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 09/16/2016

FILE COPY

*Signature of Clerk or Deputy Clerk*